UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAVID CHUNG and KBH SPORTS CLUB LLC,
individually and on behalf of all others similarly
situated,

                JUDGMENT
                20-CV-5555 (NGG) (RML)

        Plaintiffs,

        v.

AMERICAN ZURICH INSURANCE CO.,

        Defendant.
-------------------------------------------------------------- X

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on December 29, 2021, granting Defendant's Motion to Dismiss for Failure to State a Claim; and dismissing Plaintiff's Amended Complaint with prejudice; it is

        ORDERED and ADJUDGED that Defendant's Motion to Dismiss for Failure to State a Claim is granted; and that Plaintiff's Amended Complaint is dismissed with prejudice.

Dated: Brooklyn, NY
        January 3, 2022

                Douglas C. Palmer
                Clerk of Court

        By:    /s/*Jalitza Poveda*
                Deputy Clerk